IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Evansville Division

| | |
|---|---|
| PHYLLIS SHARUM )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NELU DANCIU AND )<br>APOLLO EXPRESS, LLC )<br>)<br>Defendants. ) | Case No. 3:20-cv-00183- |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Nelu Danciu and Apollo Express, LLC, by counsel, file their Notice of the removal of this cause to the United States District Court for the Southern District of Indiana, Evansville Division, from the Daviess County (Indiana) Circuit Court, Cause No. 14C01-2007-CT-000413. In support thereof, Defendants state:

1. Nelu Danciu and Apollo Express, LLC, are Defendants in an action now pending in the Daviess County (Indiana) Circuit Court, under Cause No. 14C01-2007-CT-000413.

2. Defendants file their Notice of Removal, pursuant to 28 U.S.C. § 1446.

3. Plaintiff, Phyllis Sharum, is and was a citizen of the State of Indiana at all relevant times.

4. Defendant, Nelu Danciu, is and was a citizen of the State of Georgia at all relevant times.

5. Defendant, Apollo Express, LLC, is and was a citizen of the State of Georgia at all relevant times, and its principal place of business is in Georgia.

6. The Complaint brought by Plaintiff alleges that Nelu Danciu, as an employee, agent, servant, or independent contractor for Apollo Express, LLC, negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, Phyllis Sharum. Plaintiff claims permanent injuries and damages and seeks compensation for her medical expenses, lost wages, property damage and other special expenses. The undersigned counsel has a good faith belief that the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Defendants desire and consent to the removal of this cause from the state court to the United States District Court for the Southern District of Indiana, pursuant to 28 U.S.C. § 1332(a)(1) and § 1441(a).

8. Defendants have provided notice of the removal of this cause to the Daviess County Circuit Court in accordance with 28 U.S.C. § 1446(d).

9. Defendants submit herewith copies of all process, pleadings and orders served upon Defendants, in accordance with 28 U.S.C. § 1446(a).

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on **August 12, 2020**.

      I further certify that the foregoing document was served upon the following persons via electronic mail on **August 12, 2020**:

Bradford J. Smith
KEN NUNN LAW OFFICE
brads@kennunn.com

By:   */s/ Paul T. Belch*
      Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb