This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Phyllis Sharum v. Nelu Danciu, Apollo Express, LLC

| | |
|---|---|
| Case Number | 14C01-2007-CT-000413 |
| Court | Daviess Circuit Court |
| Type | CT - Civil Tort |
| Filed | 07/17/2020 |
| Status | 07/17/2020 , Pending  (active) |

## Parties to the Case

Defendant   Danciu, Nelu

| | |
|---|---|
| Address | 1420 Ridge Road<br>Lawrenceville, GA 30043 |
| Attorney | Paul Thomas Belch<br>*#1853349, Retained* |
| | Travelers Staff Counsel<br>280 East 96th Street<br>Suite 325<br>Indianapolis, IN 46240<br>317-818-5111(W) |

Defendant   Apollo Express, LLC

| | |
|---|---|
| Address | Truck Process Agents of America<br>Pamela Warner, 306 E. Columbia St.<br>Attica, IN 47918 |
| Attorney | Paul Thomas Belch<br>*#1853349, Retained* |
| | Travelers Staff Counsel<br>280 East 96th Street<br>Suite 325<br>Indianapolis, IN 46240<br>317-818-5111(W) |

Plaintiff     Sharum, Phyllis

| | |
|---|---|
| Address | 5041 S. 100 East<br>Washington, IN 47501 |
| Attorney | Brad Smith<br>*#2278347, Retained* |
| | 104 Franklin Road<br>Bloomington, IN 47404<br>812-332-9451(W) |

## Chronological Case Summary

07/17/2020   **Case Opened as a New Filing**

| 07/17/2020 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint |

| | | |
|---|---|---|
| | Filed By: | Sharum, Phyllis |
| | File Stamp: | 07/17/2020 |

| 07/17/2020 | **Appearance Filed** |
|---|---|
| | Appearance |

| | | |
|---|---|---|
| | For Party: | Sharum, Phyllis |
| | File Stamp: | 07/17/2020 |

| 07/17/2020 | **Subpoena/Summons Filed** |
|---|---|
| | Summons Danciu |

| | | |
|---|---|---|
| | Filed By: | Sharum, Phyllis |
| | File Stamp: | 07/17/2020 |

| 07/17/2020 | **Subpoena/Summons Filed** |
|---|---|
| | Summons Apollo Express |

| | | |
|---|---|---|
| | Filed By: | Sharum, Phyllis |
| | File Stamp: | 07/17/2020 |

| 08/12/2020 | **Appearance Filed** |
|---|---|
| | Appearance |

| | | |
|---|---|---|
| | For Party: | Danciu, Nelu |
| | For Party: | Apollo Express, LLC |
| | File Stamp: | 08/12/2020 |

| 08/12/2020 | **Notice to Court Filed** |
|---|---|
| | Notice of Defendants' Removal of Cause to Federal Court |

| | | |
|---|---|---|
| | Filed By: | Danciu, Nelu |
| | Filed By: | Apollo Express, LLC |
| | File Stamp: | 08/12/2020 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Sharum, Phyllis**

Plaintiff

Balance Due (as of 08/12/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/17/2020 | Transaction Assessment | 157.00 |
| 07/17/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 3:20-cv-00183-RLY-MPB   Document 1-1   Filed 08/12/20   Page 3 of 17 PageID #: 6

STATE OF INDIANA   )
                        ) SS:
COUNTY OF DAVIESS  )

IN THE DAVIESS Circuit   COURT

CAUSE NO.

PHYLLIS SHARUM

     VS.

NELU DANCIU AND
APOLLO EXPRESS, LLC

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Phyllis Sharum, by counsel, Bradford Smith of the Ken Nunn Law Office, and for their cause of action against the Defendants, Nelu Danciu and Apollo Express, LLC, allege and state as follows:

## STATEMENT AND JURISDICTION

1.      This is a clear liability collision in which Defendants' 2016 Kenworth tractor and attached trailer, was negligently driven by Nelu Danciu causing a collision with the vehicle driven by Plaintiff, Phyllis Sharum.  As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage and other special expenses in an amount to be proven at trial of this cause.

2.      Jurisdiction and venue are appropriate in Daviess County, Indiana, as said collision occurred within the boundaries of Henry County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF NELU DANCIU

3.      Plaintiff realleges and incorporate herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4.      On or about February 6, 2020, Defendant Nelu Danciu negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, Phyllis Sharum.

5.      Defendant Nelu Danciu had a duty to operate his tractor trailer in a safe and reasonable manner.

6.      Defendant Nelu Danciu failed in the above mentioned duties and is therefore

negligent.

7.      Defendant Nelu Danciu's negligence was the direct and proximate cause of Plaintiff's injuries.

8.      Plaintiff Phyllis Sharum's injuries and damages are permanent.

9.      As a direct and proximate result of Nelu Danciu's negligence, Phyllis Sharum has suffered lost wages.

10.     Plaintiff, Phyllis Sharum, has incurred medical bills for the treatment of her injuries directly resulting from this collision.

11.     As a direct and proximate result of Nelu Danciu's negligence, Phyllis Sharum has experienced physical and mental pain and suffering, lost wages and property damage and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF NELU DANCIU

12.     Plaintiff realleges and incorporate herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13.     Nelu Danciu violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14.     Defendant Nelu Danciu's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15.     Defendant Nelu Danciu is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF APOLLO EXPRESS, LLC

16.     Plaintiff realleges and incorporate herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17.     Defendant Nelu Danciu was the employee, agent, servant, or independent contractor for Apollo Express, LLC.  Accordingly, Apollo Express, LLC is vicariously

liable for the acts of Defendant Nelu Danciu for the causes of action above.

WHEREFORE, the Plaintiff, Phyllis Sharum, by counsel Bradford Smith of the Ken Nunn Law Office, demand judgment against the Defendants, Nelu Danciu and Apollo Express, LLC for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY:___s/Bradford J. Smith_____

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF

JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY:___s/Bradford J. Smith_____

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF

Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:  812-331-5321
Attorney for Plaintiff

CIRCUIT AND SUPERIOR COURTS FOR THE COUNTY OF DAVIESS
STATE OF INDIANA
COURTHOUSE, 200 E. WALNUT STREET
WASHINGTON, INDIANA 47501
TELEPHONE: 812 254-8664

PHYLLIS SHARUM, Plaintiff

    VS.

No. _____

NELU DANCIU AND
APOLLO EXPRESS, LLC, Defendants

**SUMMONS**

The State of Indiana to Defendant: Nelu Danciu, 1420 Ridge Road, Lawrenceville, GA 30043

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    7/17/2020

Date:_____

CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

BRADFORD J. SMITH, #22783-47
KEN NUNN LAW OFFICE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812) 332-9451)332-9451

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

X    By certified or registered mail with return receipt to above address.

☐    By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐    By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐    By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: ___s/Bradford J. Smith_____
        ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF MAILING:** I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____
CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____ __, 2020, which copy is attached herewith.

_____
CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2020 __, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Daviess County, Indiana.

Dated this __ day of _____, 2020.

_____
CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _ ____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____
   _____.
2. By delivering a copy of summons and complaint personally to _____ _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____ (Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____
   _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____ _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served. _____ and by mailing a copy of the summons
3. _____ the last without the complaint to _____ at _____ known address of defendant(s).

All done in Daviess County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Phyllis K. Sharum<br>5041 S 100 East<br>Washington, IN 47501 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Bradford J. Smith #22783-47<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE:     812 332-9451<br>FAX:         812 331-5321<br>Email:  bjsmith@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

 s/Bradford J. Smith
_____
Attorney-at-Law
(Attorney information shown above.)

Case 3:20-cv-00183-RLY-MPB Document 1-1 Filed 07/22/20 Page 10 of 17 PageID #: 15

14C01-2007-CT-000413

Daviess Circuit Court

Filed: 7/17/2020 3:18 PM
Clerk
Daviess County, Indiana

CIRCUIT AND SUPERIOR COURTS FOR THE COUNTY OF DAVIESS
STATE OF INDIANA
COURTHOUSE, 200 E. WALNUT STREET
WASHINGTON, INDIANA 47501
TELEPHONE: 812 254-8664

PHYLLIS SHARUM, Plaintiff

VS.                                               No. _____

NELU DANCIU AND
APOLLO EXPRESS, LLC, Defendants

## SUMMONS

The State of Indiana to Defendant: Apollo Express, LLC, Truck Process Agents of America, Inc., Pamela Warner, 306 E. Columbia St., Attica, IN 47918; DOT 0001451524

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 7/17/2020 _____

_____
CLERK, DAVIESS CIRCUIT & SUPERIOR COURTS

BRADFORD J. SMITH, #22783-47
KEN NUNN LAW OFFICE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812) 332-9451) 332-9451

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

X        By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: ___ s/Bradford J. Smith _____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____
CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____ __, 2020, which copy is attached herewith.

_____
CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____, 2020 __, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Daviess County, Indiana.

Dated this __ day of _____, 2020.

_____
CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _ ____, 2020.

    1.    By mailing a copy of the summons and complaint personally to _____ address _____.

    2.    By delivering a copy of summons and complaint personally to _____.

    3.    By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ his last known address.

    4.    By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.

    5.    Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

    1.    By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.

    2.    By leaving on the __ day of _____, 2020 for each of the within named defendant(s) _____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.

    3.    _____and by mailing a copy of the summons without the complaint to _____at _____the last known address of defendant(s).

All done in Daviess County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY

Case 3:20-cv-00183-RLY-MPB   Document 1-2  Filed 07/13/20   Page 12 of 17 PageID #: 15

14C01-2007-CT-000432
Daviess Circuit Court

Filed: 7/15/2020 3:18 PM
Clerk
Daviess County, Indiana

CIRCUIT AND SUPERIOR COURTS FOR THE COUNTY OF DAVIESS
STATE OF INDIANA
COURTHOUSE, 200 E. WALNUT STREET
WASHINGTON, INDIANA 47501
TELEPHONE: 812 254-8664

PHYLLIS SHARUM, Plaintiff

VS.                                                           No. _____

NELU DANCIU AND
APOLLO EXPRESS, LLC, Defendants

### SUMMONS

The State of Indiana to Defendant: Nelu Danciu, 1420 Ridge Road, Lawrenceville, GA 30043

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

7/17/2020

Date:_____

CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

BRADFORD J. SMITH, #22783-47
KEN NUNN LAW OFFICE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812) 332-9451) 332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

X          By certified or registered mail with return receipt to above address.

☐          By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐          By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐          By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:____ s/Bradford J. Smith_____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

      Dated this __ day of _____, 2020.

                                                    _____
                                                 CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____ __, 2020, which copy is attached herewith.

                                                 _____
                                                 CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2020 __, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Daviess County, Indiana.

      Dated this __ day of _____, 2020.

                                                 _____
                                               CLERK, DAVIESS CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _ ____, 2020.
        1.      By mailing a copy of the summons and complaint personally to _____ address _____.
        2.      By delivering a copy of summons and complaint personally to _____.
        3.      By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ his last known address.
        4.      By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
        5.      Defendant cannot be found in my bailwick and summons was not served.

      And I now return this writ this __ day of _____, 2020.

                                                    _____
                                                 SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
        1.      By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
        2.      By leaving on the __ day of _____, 2020 for each of the within named defendant(s) _____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
        3.      _____and by mailing a copy of the summons without the complaint to _____at _____the last known address of defendant(s).

      All done in Daviess County, Indiana.

Fees: $_____

                                                    _____
                                                 SHERIFF or DEPUTY

STATE OF INDIANA )  IN THE DAVIESS CIRCUIT COURT
        ) SS:
COUNTY OF DAVIESS )  CAUSE NO. 14C01-2007-CT-000413


PHYLLIS SHARUM     )
           )
    Plaintiff,   )
           )
  v.       )
           )
NELU DANCIU AND    )
APOLLO EXPRESS, LLC   )
           )
    Defendants.  )

## APPEARANCE FORM (CIVIL)
Responding Party

**Case Number:** 14C01-2007-CT-000413 _____

/ / Check if *Pro Se*

The undersigned attorney and all attorneys listed on this form now appear in this case for the following:

1. **Nelu Danciu**
  **Apollo Express, LLC**
  _____
     Name or names of responding party or parties.

2. Applicable attorney information for service as required by Ind. Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and 77(B) is as follows:

  Paul T. Belch       Attorney Number:  18533-49
  **TRAVELERS STAFF COUNSEL INDIANA** E-Mail:  pbelch@travelers.com
  P. O. Box 64093      Phone:  317-818-5111
  St. Paul, MN 55164-0093   FAX: 317-818-5124

3. There are other party members:  Yes _____  No ____X____

4. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):_____

5. I will accept service by FAX at the above noted number:  Yes ___ No X

1

6.     I will accept service by E-FILE at the above noted email:  Yes _X_ No ___

7.     This case involves support issues: Yes ___ No___X

8.     There are related cases:  Yes ___ No_X

9.     This form has been served on all other parties.  Certificate of Service attached.

10.    Additional information required by local rule: _____

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:    /s/ *Paul T. Belch*
         Paul T. Belch, 18533-49

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on **August 12, 2020**:

Bradford J. Smith
KEN NUNN LAW OFFICE

By:    /s/ *Paul T. Belch*
         Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb

STATE OF INDIANA ) IN THE DAVIESS CIRCUIT COURT
) SS:
COUNTY OF DAVIESS ) CAUSE NO. 14C01-2007-CT-000413


PHYLLIS SHARUM )
)
Plaintiff, )
)
v. )
)
NELU DANCIU AND )
APOLLO EXPRESS, LLC )
)
Defendants. )

## NOTICE OF DEFENDANTS' REMOVAL OF CAUSE
## TO FEDERAL COURT

Defendants, Nelu Danciu and Apollo Express, LLC, by counsel, hereby provide notice of the removal of this cause from the Daviess County Circuit Court to the United States District Court for the Southern District of Indiana, Evansville Division, pursuant to 28 U.S.C. §§ 1441 and 1446.  Pursuant to 28 U.S.C. § 1446(d), the Daviess County Circuit Court is deprived of jurisdiction and shall undertake no further proceedings with respect to this cause.


Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on **August 12, 2020**:

Bradford J. Smith
KEN NUNN LAW OFFICE

By:     */s/ Paul T. Belch*
        _____
        Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb

2